

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

RDATE **4/7/2025**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/23/2025 11:21:34 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEALS
## ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:   15TH COURT OF APPEALS**

**From:  Deputy Clerk: KATRINA SOLOMON**
**Marilyn Burgess, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2024-78536       COURT: 11TH       RELATED APPEAL: NONE**

**CASE STATUS: READY DOCKET        IMAGE #(S): 119883355, 119811726**

**TENTATIVE DUE   5/2/2025        ATTORNEY 24093176**

**NOTICE OF APPEAL ASSIGNED TO THE  15TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:    4/2/2025**

**MOTION FOR NEW TRIAL DATE FILED   NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED   NONE**

**NOTICE OF APPEAL DATE FILED       4/22/2025**

**NUMBER OF DAYS: ( CLERKS RECORD )  10 DAYS**

**FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:  YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL: D, OA**

**COURT REPORTER:  MARK MILLER**

MARILYNN BURGESS
Harris County, District Clerk

By:  /s/ *Katrina Solomon*
**KATRINA SOLOMON, Deputy**

**BC - NOTICE OF APPEAL FILED**
**BG - NOTICE OF APPEAL FILED – GOVERNMENT**
**C - JUDGMENT BEING APPEALED**
**D - ACCELERATED APPEAL**
**OA - NO CLERK'S RECORD REQUEST FILED**
**O - CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)**
**NA - AMENDED NOTICE OF APPEAL**
**CR – CROSS APPEAL**
**H - PAUPER'S OATH FILED**

CAUSE NO. 2024-78536

| | | |
|---|---|---|
| IN RE JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITTANE SMITH, DECEASED, AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER, *Petitioners,* | § § § § § § § § § § | IN THE DISTRICT COURT OF |
| v. | § § § | HARRIS COUNTY, TEXAS |
| TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION; JEFF NELSON, COMMISSIONER, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HIS OFFICIAL CAPACITY; FRANCESCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES, *Respondents.* | § § § § § § § § § § § § § § § § § | 11th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Defendant Francesca Okonkwo, Administrative Law Judge, in her official capacity desires to appeal from the "Order Denying in Part and Granting in Part Okonkwo's Plea to the Jurisdiction and Motion to Dismiss" and the "Order Granting Temporary Injunction and Setting Trial on Merits" which were signed on April 2, 2025. Because this suit arises out of a matter brought against a state commission, Plaintiff appeals to the Fifteenth Court of Appeals. *See* Tex. Gov't Code § 22.220(d) (providing that the Fifteenth Court of Appeals has exclusive intermediate appellate jurisdiction over matters arising out of or related to a civil case brought by or against the state or a board,

1

commission, department, office, or other agency in the executive branch of the state government, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct, other than the claims and proceedings listed in § 22.220(d)(1)(A) through (O), excepted from the Court's jurisdiction).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/Sherlyn Harper*
SHERLYN HARPER
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
James.Brazell@oag.texas.gov

*Attorneys for Francesca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in her official capacity*

3

## CERTIFICATE OF SERVICE

On April 22, 2025, a true and correct copy of this document was served on all attorneys of record in accordance with the Texas Rules of Civil Procedure.

*/s/ Sherlyn Harper*
Sherlyn Harper

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LaVerne Chang | | chang@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Suzan Cardwell | | cardwell@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Cheryl Sowell | | sowell@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Pablo Franco | | serv.pablo@mf-txlaw.com | 4/22/2025 1:24:16 PM | SENT |
| Andrew Bruce | | serv.andrew@mf-txlaw.com | 4/22/2025 1:24:16 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Suzan  Cardwell | | cardwell@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| LaVerne  Chang | | Chang@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Case Contacts

| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

Associated Case Party: REAL PARTY IN INTEREST FORT BEND COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

Associated Case Party: REAL PARTY IN INTEREST

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Associated Case Party: REAL PARTY IN INTEREST

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

Associated Case Party: REAL PARTY IN INTEREST'S FORT BEND COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Associated Case Party: REAL PARTY IN INTEREST'S FORT BEND COUNTY

| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
|---|---|---|---|---|
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Associated Case Party: REAL PARTY IN INTEREST'S FORT BEND COUNTY

| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
|---|---|---|---|---|
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

3/20/2025 3:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 98704339
By: Anais Aguirre
Filed: 3/20/2025 3:29 PM

Pgs-5

CAUSE NO: 2024-78536

| | | |
|---|---|---|
| In re Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger *Petitioner,* | § § § § § § § § § § | IN THE DISTRICT COURT OF TINJX TRILX |
| v. | § § | |
| Texas Department of Insurance; Francesca Okonkwo, Administrative Law Judge; Greater Houston Psychiatric Associates, PLLC, et al. *Respondents.* | § § § § § § § § § § § | 11TH JUDICIAL DISTRICT |
| Fort Bend County, *Intervenor* | § § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING TEMPORARY INJUNCTION AND SETTING TRIAL ON MERITS

TO THE HONORABLE JUDGE OF SAID COURT:

On this day, the Court considered Petitioner's Fourth Amended Verified Original Petition and Application Temporary Injunction ("Application") filed by Petitioner, Joshua David Heiliger, individually, and on behalf of the Estate of Lauren Brittane Smith, deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger, and Emma Destiny Heiliger.

Having considered the Application, the briefs filed by the parties, if any, and all evidence presented at the hearing before the Court, as well as taking judicial notice of the Court's file, the Court FINDS Petitioner's Verified Application for Temporary Injunction describes the alleged harm complained about and establishes t the claimed harm is imminent, that it is irreparable, and

Page 1 of 5

that Petitioner is without an adequate remedy at law, authorizing the Court to grant this order. The Court finds clear evidence, absent immediate restraint, Petitioner will suffer imminent and irreparable injury, and that these risks are imminent because the harm sought to be avoided relates to the disclosure of privileged and confidential records.

Specifically, the Court finds that:

(1) Petitioner has asserted valid causes of action against Respondents;

(2) Petitioner has demonstrated a probable right to relief or recovery; and

(3) If not restrained, Respondents will, in all likelihood, continue their actions against Petitioner, which will probably cause immediate and irreparable injury, for which there is no adequate remedy at law, including the impairment or loss of statutory and constitutional rights and privileges, and that remedy by appeal would be ineffective because, once revealed, the documents, and information contained therein, cannot be subsequently protected; and,

(4) That any resulting damages from an improper disclosure cannot be measured by any pecuniary standard.

Accordingly, the Court finds it necessary to preserve the status quo and safeguard Petitioner from imminent and irreparable harm by issuing this temporary injunction order against Respondents.

IT IS FURTHER THEREFORE ORDERED that a temporary injunction issue, and shall be effective and binding upon the signing of this order, without the need for issuance or service of a writ of injunction, pending trial of this cause on the merits, or the dismissal of this lawsuit as a result of this lawsuit as a result of settlement or release, restraining Respondents Okonkwo and or further order of this Court

Greater Houston Psychiatric Associates, PLLC, as well as any individuals or entities in active concert or participation with them who receive actual notice of the Order by personal service or otherwise, as follows:

(a) Disclosing, in any manner, Lauren Smith's mental health records containing privileged communications, or the privileged communications contained therein, from Greater Houston Psychiatric Associates, PLLC, and/or Dr. John Marcellus;

(b) Enforcing, attempting to enforce, or complying with, the order(s) and subpoena(s) issued by Respondent Okonkwo dated September 19, 2024, October 30, 2024, or January 27, 2025, compelling or ordering the inspection, copying, production, or disclosure of Lauren Smith's privileged mental health records.

IT IS FURTHER ORDERED that, in lieu of requiring Petitioner to execute and file a new bond for issuance of the temporary injunction, the $500.00 cash deposit filed by Petitioner and accepted by the Harris County District Clerk on or about November 13, 2024, in connection with the Temporary Restraining Orders signed in this lawsuit is hereby deemed extended in conformity with the law to the period during which the Temporary Injunction is in effect.

IT IS FURTHER ORDERED that this injunction shall remain in force and effect until further order of the Court. Trial on the merits in this matter is set for the two-week docket starting on Dec. 1, 2025 at a.m./p.m. which is a trial date more than ten (10) months from the date of the original filing of this proceeding.

Signed:
4/2/2025

Judge's Signature

Respectfully submitted,


*/s/ Russell L. Morris*
Russell L. Morris
State Bar No. 24099150
Andrew W. Bruce
State Bar No. 24113627
Pablo A. Franco
State Bar No. 24121625
MCBRYDE FRANCO, PLLC
11000 Richmond Avenue, Suite 350
Houston, TX 77042
(713) 223-7699
(512) 691-9072 [facsimile]
serv.russell@mf-txlaw.com

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I certify that the foregoing document to which this certificate is attached was served, prepaid and/or facsimile and/or EFILE, on the date below upon each listed party or, if of record in this cause, that party's named attorney of record at the respective last known address as follows:

**VIA E-FILE:**
Lisa M. Teachey
Dean G. Pappas Law Firm, PLLC
8588 Katy Freeway, Suite 100
Houston, TX 77024
lteachey@dgplawfirm.com

**ATTORNEY FOR INTERVENOR**

**VIA E-FILE:**
Sherlyn Harper
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, TX 77002
Sherlyn.harper@oag.texas.gov

James Z. Brazell
Assistant Attorney General, Administrative Law Division
P.O. Box 12548, Capital Station
Austin, TX 78711-2548
james@brazell@oag.texas.gov

**ATTORNEYS FOR RESPONDENT,
FRANCESCA OKONKWO,
ADMINISTRATIVE LAW JUDGE**

**VIA E:FILE:**
LaVerne Chang
Suzan Cardwell
Cardwell & Chang, PLLC
511 Lovett Blvd.
Houston, TX 77006
chang@cardwellchang.com
cardwell@cardwellchang.com

**ATTORNEYS FOR RESPONDENT,
GREATER HOUSTON PSYCHIATRIC
ASSOCIATES, PLLC**

Date: March 20, 2025                    /s/ Russell Morris
                                        Russell Morris

3/20/2025 12:40:46 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 98690123
By: OUGRAH, CHANCESAS
Filed: 3/20/2025 12:40:46 PM
Pgs-2
PJURZ
DISMY

CAUSE NO: 2024-78536

| | | |
|---|---|---|
| In re Joshua David Heiliger, | § | IN THE DISTRICT COURT OF |
| Individually, and on behalf of | § | |
| the Estate of Lauren Brittane | § | |
| Smith, deceased, and on | § | |
| behalf of Death Benefits | § | |
| Beneficiaries Joshua David | § | |
| Heiliger and Emma Destiny | § | |
| Heiliger | § | |
| *Petitioner,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| Texas Department of | § | 11TH JUDICIAL DISTRICT |
| Insurance; Francesca | § | |
| Okonkwo, Administrative | § | |
| Law Judge; Greater Houston | § | |
| Psychiatric Associates, PLLC, | § | |
| et al. | § | |
| *Respondents.* | § | |
| | § | |
| | § | |
| Fort Bend County, | § | HARRIS COUNTY, TEXAS |
| *Intervenor* | § | |

**ORDER DENYING IN PART AND GRANTING IN PART**
**RESPONDENT OKONKWO'S PLEA TO THE JURISDICTION**
**AND MOTION TO DISMISS**

After considering Respondent Okonkwo's Plea to the Jurisdiction and Motion to Dismiss,

including any amendments or supplements, filed by Respondent, any timely responses and/or

replies thereto, any argument of counsel, the Court finds and is of opinion the Plea to the

Jurisdiction should be **DENIED IN PART** and **GRANTED IN PART**. To the extent Respondent

has been named in her individual capacity and challenges the Court's jurisdiction as to her

individual capacity, Respondent's Plea to the Jurisdiction is GRANTED. To the extent Respondent

has been named in her official capacity and challenges the Court's jurisdiction as to her official

capacity, Respondent's Plea to the Jurisdiction is DENIED. Further, Respondent's Motion to

Dismiss is DENIED.

1

Signed on this the \_\_\_\_\_ day of _____, 2025.

Signed:
4/2/2025

PRESIDING JUDGE

2



| CASE NUM: | 202478536 | PJN: | 🔍 | TRANS NUM: | | CURRENT COURT: | 11 | PUB: | Please Select ▼ |

| CASE TYPE: | **OTHER CIVIL** | | CASE STATUS: | **READY DOCKET** |
| STYLE: | **HEILIGER, JOSHUA (INDIVIDUALLY AND ON BEHALF (** | VS | **TEXAS DEPARTMENT OF INSURANCE WORKERS' COI** |

**** ACTIVE PARTIES ****

| | ⇅ PJN | ⇅ PER/CONN | ⇅ COC | ⇅ BAR | ⇅ PERSON NAME | ⇅ PTY STAT | ⇅ ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00011 - 0001 | DEF | 24056416 | REAL PARTY IN INTEREST FORT BEND COUNTY | | TEACHEY, LISA MARIE |
| ☐ | | 00010 - 0001 | AGT | | GREATER HOUSTON PSYCHIATRIC ASSOCIATES F | | |
| ☐ | | 00009 - 0001 | DEF | 03791300 | GREATER HOUSTON PSYCHIATRIC ASSOCIATES F | | CARDWELL, SUZAN K. |
| ☐ | | 00007 - 0001 | DEF | | OKONKWO, FRANCESCA (ADMINISTRATIVE LAW J | | |
| ☐ | | 00006 - 0001 | DEF | | BROWN, CASSIE (COMMISSIONER TEXAS DEPART | | |
| ☐ | | 00005 - 0001 | PLT | 24099150 | HEILIGER, EMMA DESTINY | | MORRIS, RUSSELL L. |
| ☐ | | 00004 - 0001 | PLT | 24099150 | HEILIGER, JOSHUA DAVID | | MORRIS, RUSSELL L. |
| ☐ | | 00003 - 0001 | PLT | 24099150 | ESTATE OF LAUREN BRITTANE SMITH (DECEASED | | MORRIS, RUSSELL L. |
| ☐ | | 00001 - 0001 | PLT | 24099150 | HEILIGER, JOSHUA (INDIVIDUALLY AND ON BEHAL | | MORRIS, RUSSELL L. |